IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GERALD DRUMMOND,** | : | **CIVIL NO. 1:CV-13-1891** |
| Plaintiff, | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **LAUREL R. HARRY, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 26th day of November, 2013, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's motions for the appointment of counsel (Doc. Nos. 6, 30) are **denied without prejudice.**

2. Plaintiff's motions for injunctive relief (Doc. Nos. 7, 13) are **denied as moot**.


　　　　　　　　　　　　　　　__s/ Yvette Kane_____
　　　　　　　　　　　　　　　YVETTE KANE, Judge
　　　　　　　　　　　　　　　Middle District of Pennsylvania